## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LEANDRE LAYTON,** | ) | |
| **on behalf of himself and all** | ) | |
| **those similarly situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **CV-08-AR-1542-S** |
| | ) | |
| **DHL EXPRESS(USA), INC.,** | ) | |
| **SKY LAND EXPRESS, INC., and** | ) | |
| **GARY LITTLEFIELD,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT DHL EXPRESS (USA), INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION

COMES NOW the Defendant, DHL Express (USA), Inc. ("DHL") and provides the following response to Plaintiffs' Motion for Conditional Class Certification (the "Motion") pursuant to 29 U.S.C. Section 216(b) of the Fair Labor Standards Act (FLSA):

1.     DHL joins with Co-Defendants Sky Land Express, Inc., and Gary Littlefield in their request for an additional thirty (30) days in which the Defendants may investigate and fully brief the Motion. This request is based on a variety of factors as set forth in more detail below.

2.    To the extent the Federal Motor Safety Carrier Act applies to Sky Land Express, Inc. ("Sky Land"), Plaintiffs are not subject to the provisions of the Fair Labor Standards Act (FLSA), and instead will be specifically exempted from the FLSA by virtue of the Federal Motor Carrier Act exemption.  *See* 29 U.S.C. Section 213(b)(1); *see also* 49 U.S.C. Section 31502.

3.    DHL understands that additional investigation will likely show that Sky Land Express operated one or more vehicles in excess of 10,000 pounds during the time period in question.  To the extent such facts are ascertained, they will provide the basis for a rejection of the Motion as Plaintiffs will not be subject to the FLSA.

4.    This matter is still in its early stages, and a delay of thirty (30) days to decide the Motion, which was filed on April 27, 2009, is not excessive.  In fact, the Motion will only have been pending for only ten (10) days when it is heard tomorrow.  Under such circumstances, the granting of an additional thirty (30) days in which to investigate and fully brief this Motion is not an inordinate delay.

5.    This matter is still in its early stages and the Motion is not yet ripe for determination.  For instance, neither the named Plaintiff nor the Opt-Ins to this action has provided complete discovery responses to DHL.  Plaintiff Leandre Layton has not yet provided Verified Interrogatory Responses; Opt-In Andre Weathers has not responded to any of DHL's discovery; Opt-Ins Shundra Anthony,

Christopher Armistead, and Roderick Gamble have neither provided Verified Interrogatory Responses nor produced documents in response to DHL's Request for Production; and Opt-In Korey Smith has failed to produce documents in response to DHL's Request for Production. These responses have not been provided despite the fact that DHL's discovery requests have been pending for more than thirty (30) days and are due. The lack of complete responses demonstrates the work still to be done on this matter prior to a decision on the Motion.

6. On the basis of the Response previously filed by Sky Land Express and Gary Littlefield, as well as the grounds set forth above, DHL respectfully requests that the Court provide a minimum of thirty (30) days for the parties to complete their investigation into and fully brief Plaintiffs' pending Motion for Conditional Class Certification. DHL additionally requests that the Court set a briefing schedule for Plaintiffs' Motion for Conditional Class Certification.

Respectfully submitted this the 7th day of May, 2009.

s/James A. Patton, Jr.
Bar No.: ASB-6243-T77J

Beverly P. Baker, Esq.
Christopher W. Deering, Esq.
Veronica L. Merritt, Esq.
James A. Patton, Jr.
Jonice M. Vanterpool, Esq.
***Attorneys for Defendant***

**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203-2118
Telephone: (205) 328-1900

```
ERROR: syntaxerror
OFFENDING COMMAND: --nostringval--

STACK:
```